```
Payoff Statement                                        07-29-21

BANCO POPULAR - MORTGAGE SERVICING
PO BOX 362708
SAN JUAN PR 00936-2708

We certify that the following figures are correct except if advances
on escrow disbursements or payment reverses are made after the date of
this payoff statement. The escrow balance will be reimbursed after the
payment in full, please pay with an official check or money order
before 12:00 m of the date specified below.

Uso Exclusivo Quiebras
Fernando Amador-Pares
Mirza M Merly-Vincenty
PO Box 487
Catano PR 00963
                                   Loan No:   0700761919
                                   Bal Purpose: Payoff
                                   Orig Loan Amount:      117,000.00
                                   Escrow Balance:              .00
                                   Loan Type/Inv No:    CVU/708
                                   FHA/VA/MI:
                                   First lien: (Y/N) Y

Property Address:
Fernando Amador-Pares
VALLEY LAKEVIEW DEV.
E-4-A     C/SCENIC
Caguas PR 00725

Payoff Statement good through April 30, 2026

        Only certified funds will be accepted for
        payoff shown below on the captioned mortgage.

This loan is due for the December 01, 2012 payment.
The current total unpaid Principal Balance is:    $    81,808.67
Total Interest Due  From 11-01-12 through 04-30-26     84,212.46
Escrow/Impound Overdraft                                5,293.54
Recoverable Corporate Advance                           4,398.24
Unpaid Late Charges                                     4,610.31
Unpaid Other Fees                                          80.00
Payoff Statement Fee                                       20.00
Legal Docs. Handling                                       20.00
Legal Fees                                                440.00
Add Mortgage Ins                                        1,745.00
Adj/Other Fees                                          1,666.94
Add Late Charge                                              .00
 * * * * Total amount to pay loan in full * * * * $   184,295.16

Interest Rate                      7.62500
Int Per Diem (365 days)           17.0901673       0      521.440
Annual Base  (360 days)             519.82       161    83691.020


These figures are subject to final verification by the Note holder.
Figures may be adjusted if any check/money order previously received is
rejected by the institution upon which it was drawn. A late charge of
$     41.41 may be assessed 16 days after each due date.
```

exh 1