# Loan Amortization Table Calculator

## Loan Summary

| | | |
|---|---|---|
| Principal: | $ | 81809 |
| Interest Rate: | 5 | % |
| Term: | 5 | years |

## Payment Summary

| Monthly Payment | Total Interest Paid | Total Paid |
|---|---|---|
| $1,543.84 | $10,821.21 | $92,630.21 |

## Amortization Table

| Payment | Principal | Interest | Balance | Payment | Principal | Interest | Balance |
|---|---|---|---|---|---|---|---|
| 1 ($1,543.84) | $1,202.97 | $340.87 | $80,606.03 | 31 ($1,543.84) | $1,362.79 | $181.05 | $42,089.63 |
| 2 ($1,543.84) | $1,207.98 | $335.86 | $79,398.06 | 32 ($1,543.84) | $1,368.46 | $175.37 | $40,721.17 |
| 3 ($1,543.84) | $1,213.01 | $330.83 | $78,185.04 | 33 ($1,543.84) | $1,374.17 | $169.67 | $39,347.00 |
| 4 ($1,543.84) | $1,218.07 | $325.77 | $76,966.98 | 34 ($1,543.84) | $1,379.89 | $163.95 | $37,967.11 |
| 5 ($1,543.84) | $1,223.14 | $320.70 | $75,743.84 | 35 ($1,543.84) | $1,385.64 | $158.20 | $36,581.47 |
| 6 ($1,543.84) | $1,228.24 | $315.60 | $74,515.60 | 36 ($1,543.84) | $1,391.41 | $152.42 | $35,190.06 |
| 7 ($1,543.84) | $1,233.36 | $310.48 | $73,282.25 | 37 ($1,543.84) | $1,397.21 | $146.63 | $33,792.85 |
| 8 ($1,543.84) | $1,238.49 | $305.34 | $72,043.75 | 38 ($1,543.84) | $1,403.03 | $140.80 | $32,389.81 |
| 9 ($1,543.84) | $1,243.65 | $300.18 | $70,800.10 | 39 ($1,543.84) | $1,408.88 | $134.96 | $30,980.93 |
| 10 ($1,543.84) | $1,248.84 | $295.00 | $69,551.26 | 40 ($1,543.84) | $1,414.75 | $129.09 | $29,566.18 |
| 11 ($1,543.84) | $1,254.04 | $289.80 | $68,297.22 | 41 ($1,543.84) | $1,420.64 | $123.19 | $28,145.54 |
| 12 ($1,543.84) | $1,259.27 | $284.57 | $67,037.96 | 42 ($1,543.84) | $1,426.56 | $117.27 | $26,718.98 |
| 13 ($1,543.84) | $1,264.51 | $279.32 | $65,773.44 | 43 ($1,543.84) | $1,432.51 | $111.33 | $25,286.47 |
| 14 ($1,543.84) | $1,269.78 | $274.06 | $64,503.66 | 44 ($1,543.84) | $1,438.48 | $105.36 | $23,847.99 |
| 15 ($1,543.84) | $1,275.07 | $268.77 | $63,228.59 | 45 ($1,543.84) | $1,444.47 | $99.37 | $22,403.52 |
| 16 ($1,543.84) | $1,280.38 | $263.45 | $61,948.21 | 46 ($1,543.84) | $1,450.49 | $93.35 | $20,953.03 |
| 17 ($1,543.84) | $1,285.72 | $258.12 | $60,662.49 | 47 ($1,543.84) | $1,456.53 | $87.30 | $19,496.50 |
| 18 ($1,543.84) | $1,291.08 | $252.76 | $59,371.41 | 48 ($1,543.84) | $1,462.60 | $81.24 | $18,033.90 |
| 19 ($1,543.84) | $1,296.46 | $247.38 | $58,074.96 | 49 ($1,543.84) | $1,468.70 | $75.14 | $16,565.20 |
| 20 ($1,543.84) | $1,301.86 | $241.98 | $56,773.10 | 50 ($1,543.84) | $1,474.82 | $69.02 | $15,090.39 |
| 21 ($1,543.84) | $1,307.28 | $236.55 | $55,465.82 | 51 ($1,543.84) | $1,480.96 | $62.88 | $13,609.43 |
| 22 ($1,543.84) | $1,312.73 | $231.11 | $54,153.09 | 52 ($1,543.84) | $1,487.13 | $56.71 | $12,122.30 |
| 23 ($1,543.84) | $1,318.20 | $225.64 | $52,834.89 | 53 ($1,543.84) | $1,493.33 | $50.51 | $10,628.97 |
| 24 ($1,543.84) | $1,323.69 | $220.15 | $51,511.20 | 54 ($1,543.84) | $1,499.55 | $44.29 | $9,129.42 |
| 25 ($1,543.84) | $1,329.21 | $214.63 | $50,181.99 | 55 ($1,543.84) | $1,505.80 | $38.04 | $7,623.62 |
| 26 ($1,543.84) | $1,334.75 | $209.09 | $48,847.24 | 56 ($1,543.84) | $1,512.07 | $31.77 | $6,111.55 |
| 27 ($1,543.84) | $1,340.31 | $203.53 | $47,506.94 | 57 ($1,543.84) | $1,518.37 | $25.46 | $4,593.18 |
| 28 ($1,543.84) | $1,345.89 | $197.95 | $46,161.05 | 58 ($1,543.84) | $1,524.70 | $19.14 | $3,068.48 |
| 29 ($1,543.84) | $1,351.50 | $192.34 | $44,809.55 | 59 ($1,543.84) | $1,531.05 | $12.79 | $1,537.43 |
| 30 ($1,543.84) | $1,357.13 | $186.71 | $43,452.42 | 60 ($1,543.84) | $1,537.43 | $6.41 | $0.00 |