IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                    CASE NO.  21-1345  (ESL)
Fernando Amador Pares
                                                          CHAPTER 13
DEBTOR

**Answer to Trustees Unfavorable Recommendation**

TO THE HONORABLE COURT:

Come now, debtor herein through the undersigned attorney, and very respectfully states alleges and prays as follows:

1. Trustee has filed an unfavorable recommendation to debtors August 26 plan. This is debtors reply to said event.

2. Trustee alleges that debtor has not addressed the issue of amended schedules I; J and E/F notified as per docket 34. The issue was addressed at docket 38 which included amended schedule C; I and J and the unsworn statement required by rule 7008. Schedule E/ F was amended as per docket 48 .

3. The means test was amended as per docket 42.

   Wherefore debtors requests that the Court be informed on the answer to Trustee's unfavorable recommendation..

I certify that on this date I presented the foregoing to the Clerk of the Bankruptcy Court for filing and upload via the ECM/CF system which will send notification to US Trustee Monsita Lecaroz; to Alejandro Oliveras Trustee ; Nilda Gonzalez attorney for Jorge Torres Coronomias and Luis Suarez attorney for Franklin Credit; Eduardo Veray attorney for Banco Popular and Jose J Sanchez attorney for Banco Popular and all the other attorneys that have filed appearances.

In Carolina this Monday, September 28, 2021.

s/Pablo E. García Pérez
PABLO E. GARCIA PEREZ
USDC 207705
Ave. Roberto Clemente, Bloque 24 #58
Villa Carolina
Carolina, PR  00985
Tel/Fax: (787) 276-2750
E-Mail:  abogado00985@yahoo.com