IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>Fernando Amador Pares<br><br>DEBTOR | CASE NO. 21-1345 (ESL)<br><br>CHAPTER 13 |

**Request Permission to Hire a Professional Person**

TO THE HONORABLE COURT:

Come now, debtor herein through the undersigned attorney, and very respectfully states alleges and prays as follows:

1. Debtor is asking for permission to employ attorney Yadira Adorno Delgado as an attorney for a tort case Fernando Amador vs Sunbay Marina FA2020CV0030 before Fajardo Superior Court.

2. The case is on the pre-trial stage and was filed on January 2020.

3. Attorney Adorno Delgado is enclosing an unsworn statement that evinces she is a disinterested person as she has no connection with the US Trustee, the Trustee the subscribing attorney or any other person as per local rule 2014. Her compensation is contingent at 33% of the amount obtained.

4. Attorney Adorno Delgado has over 25 years of experience in local courts.

Wherefore debtor prays that this Court accepts the employment of attorney Adorno Delgado to represent debtor in her claim before the Commonwealth Courts.

> I certify that on this date I presented the foregoing to the Clerk of the Bankruptcy Court for filing and upload via the ECM/CF system which will send notification to US Trustee Monsita Lecaroz; to Alejandro Oliveras Trustee ; Nilda Gonzalez attorney for Jorge Torres Coronomias and Luis Suarez attorney for Franklin Credit; Eduardo Veray attorney for Banco Popular and Jose J Sanchez attorney for Banco Popular and all the other attorneys that have filed appearances.

In Carolina this Tuesday, November 2, 2021.

                                                s/Pablo E. García Pérez
                                          PABLO E. GARCIA PEREZ
                                          USDC 207705
                                          Ave. Roberto Clemente, Bloque 24 #58
                                          Villa Carolina
                                          Carolina, PR  00985
                                          Tel/Fax: (787) 276-2750
                                          E-Mail:  abogado00985@yahoo.com