IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO.: 21-1345 ESL |
|---|---|
| FERNANDO AMADOR PARES | Chapter 13 |

**UNSWORN STATEMENT UNDER PENALTY OF PERJURY**

1. That my name is Yadira Adorno Delgado. I am an attorney with offices located at 1605 Ponce de León, Suite 600, San Juan, Puerto Rico 00909. My RUA number is 10626.

2. I have been the attorney of record for Fernando Amador Pares in the case Fernando Amador Pares Vs. Sunbay Marina Villas et als, Case number. FA2020CV00030 (307). This case is before the First Instant Court of Fajardo, Puerto Rico. I am a disinterested person as I have no connection and no blood relationship to the US Trustee, the chapter 13 Trustee and debtor's attorney.

3. The case was filed on January 16, 2020, and as of today it is at the discovery stage. The trial date has not been scheduled yet.

4. In short, the mentioned case relates to a claim for damages under Article 1802 of the Puerto Rico Civil Code regarding the damages caused to the plaintiff due to an illegal entry to his apartment.

5. In my opinion on the value of the case should be around $15,000.00 but of course, the task of evaluating and valorizing the case belongs to the court.

6. My compensation in this case is contingent in 33%.

7. I'm an attorney with twenty-five years of experience in local court.

In San Juan, Puerto Rico, this 20th day of September 2021.

_____
Yadira Adorno Delgado, Esq.

1